## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Promier Products, Inc.

                         Plaintiff,

v.                                                    Case No.: 1:21–cv–01094
                                                           Honorable Lindsay C. Jenkins

Orion Capital, LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for leave to file an Amended Complaint and Amended Answer to Counterclaims [143] is granted in part and denied in part. Rule 15 of the Federal Rules of Civil Procedure states that leave to amend a pleading should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). The liberal allowance of pleadings reflects the preference that controversies be decided on the merits when practicable. Runnion v. Girl Scouts of Greater Chi. & Nw. Ind., 786 F.3d 510, 520 (7th Cir. 2015). "The Supreme Court has interpreted this rule to require a district court to allow amendment unless there is a good reasonfutility, undue delay, undue prejudice, or bad faithfor denying leave to amend." Life Plans, Inc. v. Sec. Life of Denver Ins. Co., 800 F.3d 343, 35758 (7th Cir. 2015). Here, the parties have just about concluded fact discovery and are about to begin expert discovery. No dispositive motions have been filed and it appears from the briefs that only a limited amount of fact discovery by Orion will be required should the Court allow the amendment. The Court adopts the suggestion proposed by Orion. By April 28, 2023, Promier shall file its amended complaint (but may not amend its answer to the pending counterclaim); by May 12, 2023, Orion must file its answer or otherwise respond, including with its compulsory counterclaims in an amended (updating its answer and adding counterclaims based on information learned during discovery); and by May 26, 2023, Promier shall answer or otherwise respond to the amended counterclaim. Orion is permitted to depose Bill Trofi of Duke University Health Systems. All discovery matters remain referred to Judge McShain. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.