UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Promier Products, Inc.

                              Plaintiff,

v.                                                   Case No.: 1:21–cv–01094
                                                         Honorable Lindsay C. Jenkins

Orion Capital, LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 13, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Plaintiff Promier's motion for sanctions [180] and defendant Orion's motions for sanctions [181] are entered and continued. Responses to be filed by 06/27/2023 and replies to be filed by 07/07/2023. Once the Court has reviewed the briefs, it will decide whether it can rule on the papers or whether a motion hearing is required. Defendant Orion's motion for leave to file deposition transcripts under seal [182] is granted and the Court observes that sealed versions of the transcripts have been filed on the record [183], [184]. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.