# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Promier Products, Inc.

        Plaintiff,

v.                Case No.: 1:21–cv–01094
                Honorable Lindsay C. Jenkins

Orion Capital, LLC

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 10, 2023:

  MINUTE entry before the Honorable Heather K. McShain: Orion's motion for leave to file documents under seal [194] is granted. The Court notes that the exhibits at issue have been filed under seal at docket entry [195]. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.