UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Promier Products, Inc.
                Plaintiff,

v.                                                       Case No.: 1:21–cv–01094
                                                              Honorable Lindsay C. Jenkins

Orion Capital, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Orion's unopposed motion for leave to file a sealed version of its reply brief in support of its motion for sanctions [295] is granted, and the Court notes that sealed and redacted versions of the reply have already been filed on the docket. The sanctions motions is now fully briefed, and the Court will take the matter under advisement and issue a decision in due course. The parties are instructed to continue with expert discovery, and the pending sanctions motion will not provide any basis for a stay of expert discovery. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.