# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Promier Products, Inc.
                        Plaintiff,

v.                                              Case No.: 1:21–cv–01094
                                                        Honorable Lindsay C. Jenkins

Orion Capital, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Attorney Denise Vaughn's motion to withdraw [296] is granted. Attorney Denise Vaughn no longer assigned to this case. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.