UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Promier Products, Inc.
                              Plaintiff,

v.                                                Case No.: 1:21−cv−01094
                                                Honorable Lindsay C. Jenkins

Orion Capital, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Orion's unopposed motion to stay certain deadlines [300] is granted. The April 8, 2024, deadline for Orion to amend its answer is stricken and any motion to reconsider this Court&#039;s dismissal of Orion's Count II need not be filed until the Court sets new deadlines for these filings. For the avoidance of doubt, this entry has no effect on any motion, request or deadline currently pending before Judge McShain; any such request must be direct to her. By August 15, 2024, the parties are to file a short status report that informs the Court whether new deadlines for these filings should be imposed in light of their ongoing settlement efforts. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.