# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Promier Products, Inc.

                        Plaintiff,

v.                                                Case No.: 1:21–cv–01094
                                                Honorable Lindsay C. Jenkins

Orion Capital, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 13, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties informed the Court yesterday [316] that neither side intends to object to Judge McShain's Report & Recommendation [312] regarding Orion's motion for sanctions. First, the Court notes its appreciation that the parties were able to confer and resolve this issue while counsel for Promier was on vacation. Accordingly, Orion's motion for a stay or continuance [315] is granted in part. The Court now turns to the Report itself. Although the Report covers a dispositive issue as that term is used under Rule 72(b), because neither party objected, the Court reviews the Report for clear error. Beijing Choice Elec. Tech. Co. v. Contec Med. Sys. USA Inc., 2022 WL 3053550, at *1 (N.D. Ill. May 12, 2022) (for reports on dispositive motions, "If no objection or only partial objection is made, the district court judge reviews those unobjected [to] portions for clear error") (quoting Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999)). Having reviewed the Report, the Court finds no such error, and adopts the Report [312] in full. Orion's motion for sanctions [268] is granted in part and denied in part as delineated in the Report [312]. Incidentally to this ruling, the Court grants Orion's motion to seal [284], and denies Promier's motion to file a sur−reply [302] as moot. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.