# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Promier Products, Inc.
                        Plaintiff,

v.                                                      Case No.: 1:21−cv−01094
                                                            Honorable Lindsay C. Jenkins

Orion Capital, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Following many additional ex parte and joint off−the−record email communications with counsel, the Court now reports that the parties have reached a settlement. Defendant's motion for fees [285] is denied as moot. As a result of denying the motion for fees [285] as moot, plaintiff's unopposed motion to file Exhibit 1A [286−1] under seal [[286], [290]] is also denied as moot and the Clerk of the Court is directed to remove Exhibit 1A [286−1] from the docket. Finally, any pending deadlines set by the Magistrate Judge [312] are stricken. All matters related to the referral completed, the referral is closed. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.